# EXHIBIT "B"

| American Land Title Association | ALTA Settlement Statement - Seller |
| --- | --- |
| | Adopted 05-01-2015 |

| | |
| --- | --- |
| **File No./Escrow No.:**<br>    PAI-15390-FNT<br>**Print Date & Time:**<br>    04/26/2022 04:43 PM<br>**Officer/Escrow Officer:**<br><br>**Settlement Location:**<br>    210 Penns Trail, Suite 200, Newtown, PA 18940 | **Properties Abstract, Inc.**<br><br>**210 Penns Trail, Suite 200**<br>**Newtown, PA 18940** |

| | |
| --- | --- |
| **Property Address:**   66 Penn Oak Trail, Newtown, PA 18940 | |
| **Buyer:**              Drew Foster, Jennifer Gentile | |
| **Seller:**             Manuel Metsikas, Stacey Metsikas | |
| **Lender:**             Federated Lending Corp, ISAOA | |
| **Settlement Date:**    4/28/2022 | |
| **Disbursement Date:**  4/28/2022 | |
| **Additional dates per state requirements:** | |

| Description | Seller | |
| --- | --- | --- |
| | Debit | Credit |
| **Financial** | | |
| Sales Price of Property | | $1,272,500.00 |
| Seller Credit | $50,000.00 | |
| **Prorations/Adjustments** | | |
| City/Town Taxes from 4/28/2022 to 12/31/2022 | | $2,816.06 |
| School Taxes from 4/28/2022 to 6/30/2022 | | $2,732.03 |
| **Title Charges & Escrow / Settlement Charges** | | |
| Deed Prep Fee with Properties Abstract | $95.00 | |
| Mortgage Release Tracking Fee with Require | $35.00 | |
| Notary Fee with Patricia Shprintz | $40.00 | |
| **Commission** | | |
| Real Estate Commission Buyers Broker to ReMax Properties, Ltd. | $30,562.50 | |
| Real Estate Commission Sellers Broker to Keller Williams Real Estate- Newtown | $30,562.50 | |
| **Government Recording and Transfer Charges** | | |
| State Tax/stamps to Simplifile LC | $12,725.00 | |
| **Payoff(s)** | | |
| Lender: Payoff of First Mortgage Loan to Cabana Series IV Trust<br>    Principal Balance as of 5/5/2022 $668,467.16<br>        Interest on Payoff Loan: -7 days @ $0.00/day for $0.00 | $668,467.16 | |
| Lender: Payoff of Second Mortgage Loan to PNC Bank, NA<br>    Principal Balance as of 5/4/2022 $288,999.48<br>        Interest on Payoff Loan: -6 days @ $0.00/day for $0.00<br>        $0.00 | $288,999.48 | |
| **Miscellaneous** | | |

| Description | Seller | |
|---|---|---|
| | **Debit** | **Credit** |
| Courier Fee-payoffs to Properties Abstract, Inc. | $30.00 | |
| Cert Reimbursements to Greater Penn Abstract, LLC | $90.00 | |
| Broker Fee to Keller Williams Real Estate | $499.00 | |

| | **Debit** | **Credit** |
|---|---|---|
| **Subtotals** | $1,082,105.64 | $1,278,048.09 |
| Due From Borrower | | |
| Due To Seller | $195,942.45 | |
| **Totals** | **$1,278,048.09** | **$1,278,048.09** |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Properties Abstract, Inc. to cause the funds to be disbursed in accordance with this statement.

_____
Manuel Metsikas

_____
Stacey Metsikas

_____
Escrow Officer