UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Stacey Metsikas<br>aka Stacey Beth Metsikas,<br>             Debtor<br><br>SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee of the Cabana Series IV Trust,<br>Movant<br>v.<br><br>Stacey Metsikas<br>aka Stacey Beth Metsikas<br>Manuel Metsikas- Co-Debtor<br>Kenneth E. West- Trustee,<br>             Respondents | Case No..: 21-12222-amc<br><br>Chapter: 13<br><br>Judge:  Ashely M. Chan |

## ORDER

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Stipulation of Creditor, SN Servicing Corporation as servicer for US Bank Trust National Association as Trustee of the Cabana Series IV Trust in lieu of Limited Objection to Debtor's Motion to Sell Property located at 66 Penn Oak Trail, Newtown, PA 18940, is APPROVED.

BY THE COURT:

**Date: May 4, 2022**

_____
Ashely M. Chan, Bankruptcy Judge