**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 21-12222** |
| **Stacey Metsikas AKA Stacey Beth** | : | **Chapter 13** |
| **Metsikas** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * |
| Debtor(s) | : | |
| | : | |
| **Stacey Metsikas AKA Stacey Beth** | : | **Date and Time of Hearing** |
| **Metsikas** | : | **May 3, 2022 at 11:00 a.m.** |
| **Manuel Metsikas** | : | |
| Movant, | : | **Place of Hearing** |
| vs | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Suite 400, Courtroom #4** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| **PNC Bank, N.A.** | : | |
| Respondents. | | **Related Document # 84, 86** |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2022, upon consideration of the foregoing Stipulation for Settlement of Debtor's Expedited Motion for Authority/ Approval fior Sale of Real Estate, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1.      The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

By the Court:

**Date: May 4, 2022**          _____

ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

3

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA  19107, ecfemails@ph13trustee.com (notified by ecf)

Alexander Moretsky, Attorney for Debtor and/or Co-Debtor, 2617 Huntingdon Pike, Huntingdon Valley, PA  19006, amoretsky@moretskylaw.com (notified by ecf)

Stacey Metsikas AKA Stacey Beth Metsikas and Manuel Metsikas, Debtor and/or Co-Debtor, 66 Penn Oak Trl, Newtown, PA  18940-9603 (notified by regular US Mail)

U.S. Bank Trust N.A. as Trustee, Party of Interest, 7114 E Stetson Dr, Scottsdale, AZ  85251-3248 (notified by regular US Mail)